DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BECKY A. THERIAULT,<br><br>                Defendant. | ) Case No. 4:93-CR-00035(JWS)<br>)<br>)<br>)<br>) APPLICATION AND AFFIDAVIT FOR<br>) ISSUANCE OF WRIT OF EXECUTION<br>) ON PERMANENT FUND DIVIDEND<br>)<br>)<br>)<br>) |

STATE OF ALASKA        )
                                 ) ss.
THIRD JUDICIAL DISTRICT )

    I, RICHARD L. POMEROY, hereby state on oath:

    1.    Judgment for $43,117.97 was imposed on December 6, 1993, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against BECKY A. THERIAULT as judgment debtor.

    2.    I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

    3.    The judgment debtor was represented by counsel.

4.   The judgment entered is not a default judgment.

5.   ACCRUED since the entry of judgment are the following sums:

      $0.00     accrued interest, computed at 0%.

      $407.31   accrued costs.

6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

      $20,757.30   which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

7.   $22,767.98   ACTUALLY DUE on June 9, 2006. Of this total, $22,360.67 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10.  This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

U.S. vs. BECKY A. THERIAULT
Case No.: 4:93-CR-00035(JWS)

2

DATED this ____ day of June, 2006, at Anchorage, Alaska.

                          DEBORAH M. SMITH
                          Acting United States Attorney

                          */s/ Richard L. Pomeroy*
                          RICHARD L. POMEROY
                          Assistant U.S. Attorney
                          222 West 7th Avenue # 9, Room 253
                          Anchorage, AK 99513-7567
                          Phone: (907) 271-5071
                          Fax: (907) 271-2344
                          Email: richard.pomeroy@usdoj.gov
                          AK #8906031

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006, at Anchorage, Alaska.

                          */s/ Traci Ross*
                          NOTARY PUBLIC
                          State of Alaska
                          My Commission Expires: 11/17/08

[Notary Seal: TRACI ROSS, NOTARY PUBLIC, STATE OF ALASKA]

U.S. vs. BECKY A. THERIAULT
Case No.: 4:93-CR-00035(JWS)

3